B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  United Gilsonite Laboratories, a Pennsylvania Corporation   Case No.
                                            Debtor(s)               Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Action Personnel Services<br>416 Main St<br>Suite 100<br>Dickson City, PA 18519 | Action Personnel Services<br>416 Main St<br>Suite 100<br>Dickson City, PA 18519 | Trade debt | | 17,024.26 |
| Ambyth Chemical<br>18264 East Berry Dr<br>Aurora, CO 80015 | Ambyth Chemical<br>18264 East Berry Dr<br>Aurora, CO 80015 | Trade debt | | 77,964.40 |
| Art Print<br>6 Stauffer Industrial Park<br>Taylor, PA 18517-9602 | Art Print<br>6 Stauffer Industrial Park<br>Taylor, PA 18517-9602 | Trade debt | | 28,661.75 |
| Ashland Chemical Distributions<br>PO Box 371002<br>Pittsburgh, PA 15250-7002 | Ashland Chemical Distributions<br>PO Box 371002<br>Pittsburgh, PA 15250-7002 | Trade debt | | 280,783.42 |
| Brenntag Northeast Inc<br>PO Box 62111<br>Baltimore, MD 21264-2111 | Brenntag Northeast Inc<br>PO Box 62111<br>Baltimore, MD 21264-2111 | Trade debt | | 23,297.80 |
| BWay Corporation<br>PO Box 277306<br>Atlanta, GA 30384-7306 | BWay Corporation<br>PO Box 277306<br>Atlanta, GA 30384-7306 | Trade debt | | 59,089.84 |
| Calucem Inc<br>7540 Windsor Dr<br>Suite 304<br>Allentown, PA 18195-1016 | Calucem Inc<br>7540 Windsor Dr<br>Suite 304<br>Allentown, PA 18195-1016 | Trade debt | | 19,245.00 |
| DH Litter Co Inc<br>PO Box 36016<br>Newark, NJ 07188-6016 | DH Litter Co Inc<br>PO Box 36016<br>Newark, NJ 07188-6016 | Trade debt | | 21,037.50 |
| DSM NEORESINS<br>15735 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | DSM NEORESINS<br>15735 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | Trade debt | | 26,139.96 |
| E W Kaufmann Co<br>PO Box 57063<br>Philadelphia, PA 19111-0630 | E W Kaufmann Co<br>PO Box 57063<br>Philadelphia, PA 19111-0630 | Trade debt | | 60,470.04 |
| EKA Chemicals Inc<br>PO Box 905860<br>Charlotte, NC 28290 | EKA Chemicals Inc<br>PO Box 905860<br>Charlotte, NC 28290 | Trade debt | | 17,424.00 |

In re  United Gilsonite Laboratories, a Pennsylvania Corporation        Case No. _____
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| EM Sullivan Associates<br>600 Reed Rd<br>Suite 103<br>Broomall, PA 19008 | EM Sullivan Associates<br>600 Reed Rd<br>Suite 103<br>Broomall, PA 19008 | Trade debt | | 23,801.49 |
| Engineered Polymer Solution<br>1965 Solutions Center<br>Chicago, IL 60677-1009 | Engineered Polymer Solution<br>1965 Solutions Center<br>Chicago, IL 60677-1009 | Trade debt | | 76,557.27 |
| LUBRIZOL ADVANCED MATERIALS INC<br>29400 LAKELAND BLVD<br>WICKLIFFE, OH 44092 | LUBRIZOL ADVANCED MATERIALS INC<br>29400 LAKELAND BLVD<br>WICKLIFFE, OH 44092 | Trade debt | | 27,453.64 |
| M F CACHAT COMPANY<br>14725 DETROIT AVE<br>SUITE 300<br>LAKEWOOD, OH 44107 | M F CACHAT COMPANY<br>14725 DETROIT AVE<br>SUITE 300<br>LAKEWOOD, OH 44107 | Trade debt | | 20,544.63 |
| Momentive Specialty<br>12850 Collection Center Dr<br>Chicago, IL 60693 | Momentive Specialty<br>12850 Collection Center Dr<br>Chicago, IL 60693 | Trade debt | | 202,922.20 |
| New Penn Motor Express<br>24801 Network Place<br>Chicago, IL 60673-1248 | New Penn Motor Express<br>24801 Network Place<br>Chicago, IL 60673-1248 | Trade debt | | 31,340.36 |
| PLASTICAN<br>8607 ROBERTS DRIVE # 250<br>ATLANTA, GA 30350 | PLASTICAN<br>8607 ROBERTS DRIVE # 250<br>ATLANTA, GA 30350 | Trade debt | | 18,122.70 |
| ROHM AND HAAS COMPANY<br>100 INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA 19106-2399 | ROHM AND HAAS COMPANY<br>100 INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA 19106-2399 | Trade debt | | 27,279.40 |
| STEEL FLOW CORP<br>SOUTH COAST CONTAINER<br>615 SAN DIZIER<br>SAN ANTONIO, TX 78232 | STEEL FLOW CORP<br>SOUTH COAST CONTAINER<br>615 SAN DIZIER<br>SAN ANTONIO, TX 78232 | Trade debt | | 61,130.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 23, 2011           Signature  /s/ Thomas White
                                          Thomas White
                                          President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.