# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| UNITED GILSONITE LABORATORIES, A PENNSYLVANIA CORPORATION,[1] | Case No. 5:11-bk-02032 (RNO) |
| DEBTOR. | |

## ORDER GRANTING DEBTOR'S MOTION APPROVING REQUEST FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

Upon consideration of the Motion[2] of United Gilsonite Laboratories, a Pennsylvania corporation, the above-captioned debtor and debtor in possession (the "Debtor"), for an Order granting its request for expedited consideration of First Day Motions; and upon consideration of the Motion; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation thereon, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court shall hold a hearing before the Honorable Robert N. Opel II U.S.B.J., United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn United States Courthouse, Courtroom #2, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701 on **March 25, 2011 @ 10:00 a.m.** (the "Hearing") on the following motions:

---

[1] The last four digits of the Debtor's federal tax identification number are 7530.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

| |
|---|
| 1. Motion for Order (i) Authorizing, But Not Directing, the Debtor to: (a) Pay All Prepetition Wages, Salaries, Commissions and Other Compensation Owed to the Debtor's Employees; (b) Reimburse All Prepetition Business Expenses to Employees; (c) Make All Payments for Which Prepetition Payroll and Tax Deductions Were Made; (d) Honor Prepetition Obligations Under Certain Employee Benefit Programs and Continue Such Programs in the Ordinary Course; (e) Honor Workers' Compensation Obligations; (f) Make All Payments to Third Parties Relating to the Foregoing Payments and Contributions; and (ii) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtor's Payroll Accounts to Make the Foregoing Payments. |
| 2. Motion of Debtor for Entry of Order: (i) Authorizing Continued Use of Existing Cash Management System, (ii) Authorizing Maintenance And Use of Existing Bank Accounts And Business Forms, and (iii) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis. |
| 3. Motion for Order Under 11 U.S.C. §§ 105(a), 363, 1107, and 1108 Authorizing Debtor to Honor Certain Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business. |
| 4. Motion of the Debtor For Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (i) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (ii) Deeming Utility Providers Adequately Assured of Future Performance, and (iii) Establishing Procedures for Determining Adequate Assurance of Payment. |
| 5. Debtor's Motion for an Extension of Time to File Schedules and Statements. |
| 6. Order Authorizing: (i) the Filing of a List of the Twenty Asbestos Plaintiff Firms with the Largest Number or Scope of Asbestos Cases Against the Debtor, and (ii) Approving Notice Procedures for Individual Asbestos Claimants. |

3. Any objections or other responses to the First Day Motions shall be filed no later than March 25, 2011 at 9:00 o'clock a. m.

4. Proposed counsel for the Debtor shall serve a copy of this Order and the underlying above listed Motions, on the United States Trustee, all parties requesting notice under Fed. R. Bankr. P. 2002 in this bankruptcy case and the Debtor's twenty largest creditors and any known counsel via electronic mail or facsimile. Proof of service in compliance with this Order to be filed by 3:00 p.m., March 24, 2011.

#1614526 v1
110230-71699

5. Parties/counsel wishing to appear telephonically for the above scheduled hearing may utilize CourtCall, an independent conference call company. The procedures for use of CourtCall are available at this Court's webpage at www.pamb.uscourts.gov.

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: March 24, 2011