# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| UNITED GILSONITE LABORATORIES, A PENNSYLVANIA CORPORATION,[1] | Case No. 5:11-bk-02032 (RNO) |
| DEBTOR. | |

## ORDER GRANTING DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS IN SUPPORT OF THE BANKRUPTCY PETITION

Upon consideration of the Motion[2] of United Gilsonite Laboratories, a Pennsylvania corporation, the above-captioned debtor and debtor in possession (the "Debtor"), for an Order granting its motion for an extension of time to file its Schedules and Statements in support of its bankruptcy petition; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation thereon, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. In accordance with Bankruptcy Code section 521(1) and Bankruptcy Rules 1007(c) and 9006(b), the time within which the Debtor shall file its Schedules and Statements as required by Bankruptcy Rule 1007(a)(1) and (c) is hereby extended for a period of 30 days beyond the original 14 day deadline set forth in Bankruptcy Rule 1007(c).

---

[1] The last four digits of the Debtor's federal tax identification number are 7530.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

3. The relief granted is without prejudice to the Debtor's right to seek additional extensions for good cause shown.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: March 25, 2011

#1614517 v1
110230-71699