# EXHIBIT C

# VISA PURCHASING CARD AGREEMENT

THIS VISA PURCHASING CARD AGREEMENT is made by and between PNC Bank, National Association ("PNC Bank") and United Gilsonite Laboratories (the "Company").

This Agreement sets forth the terms and conditions upon which PNC Bank will extend credit to the Company by establishing a Visa Purchasing Card account (the "Visa Purchasing Card Account") for the Company, issue to the Company 10 or more Visa Purchasing Cards (each, a "Purchasing Card" and collectively, the "Purchasing Cards") and perform various Purchasing Card services in connection with the Visa Purchasing Card Account ("Purchasing Card Services"). This Agreement shall become effective upon the later of the execution dates (the "Effective Date") set forth on the signature page hereof. Unless defined elsewhere herein, capitalized words and terms shall have the meanings given to such words and terms in Paragraph 26.

The Company and PNC Bank, intending to be legally bound, hereby agree as follows:

## 1. PURCHASING CARD MINIMUM; CARDHOLDER ACCOUNTS.

To establish and maintain a Purchasing Card Account, the Company must have a minimum of 10 Purchasing Cards must be issued and outstanding at all times. One subaccount, bearing a distinct account number and selected activity limits (a "Cardholder Account"), will be established by PNC Bank for each Purchasing Card requested by the Company and issued. Each Purchasing Card will be issued for use by one or more employees of the Company, as designated by the Company as provided in Paragraph 4 below and whose name or department is imprinted on such Purchasing Card (an "Authorized Cardholder").

## 2. BUSINESS PURPOSES.

Purchasing Cards are to be used solely for business purposes and the Company agrees to so advise each Authorized Cardholder. The Company's obligations hereunder, however, shall not be affected or limited if any balances are incurred for nonbusiness purposes.

## 3. PURCHASING CARD SERVICES.

Purchasing Cards can be used to purchase goods or services ("Purchases") wherever Visa credit cards are accepted, subject to applicable activity limits on the related Cardholder Accounts and the Company Credit Limit (as defined in Paragraph 5).

If the Company has so elected and "Cash Advances" are set forth on an Authorized Cardholder Form as one of the services available for which such Authorized Cardholder may use such Authorized Cardholder's Purchasing Card, cash may be advanced, subject to applicable activity limits on the related Cardholder Account and the Company Credit Limit, by presenting the Purchasing Card at Visa member banks or institutions or by making a withdrawal of cash by using the Purchasing Card at a Visa Automatic Teller Machine (ATM).

## 4. ISSUANCE OF PURCHASING CARDS.

PNC Bank will issue a Purchasing Card to each Authorized Cardholder designated in writing to PNC Bank by the Company Purchasing Card Program Administrator. The initial Company Purchasing Card Program Administrator (including any alternate Company Purchasing Card Program Administrator(s)) (each, a "Program Administrator") will be set forth on the PNC Bank Purchasing Card Corporate Contact Form delivered to PNC Bank. If there is more than one Program Administrator, the action or signature of any one Program Administrator shall constitute sufficient authorization. Any Program Administrator may be changed by written notice to PNC Bank from the Authorized Contracting

# VISA PURCHASING CARD AGREEMENT

Officer (as such term is defined in Paragraph 10 below).

Except as the Company shall otherwise direct PNC Bank in writing, the Company hereby authorizes and directs PNC Bank to issue a renewal or replacement Purchasing Card to each Authorized Cardholder before the expiration of each Purchasing Card.

The Company acknowledges and agrees that Purchasing Cards are not assignable or transferable, by operation of law or otherwise, and will so notify its employees.

The Company shall be liable for all charges made using a Purchasing Card, except as provided in Paragraph 17 with respect to continued unauthorized use after receipt of notice by PNC Bank. The Company shall be liable for all charges resulting from use of a Purchasing Card by an Authorized Cardholder following termination of such Authorized Cardholder's employment with the Company until the Company has notified PNC Bank to cancel the Purchasing Card in accordance with Paragraph 15.

5. **COMPANY CREDIT LIMIT; CARDHOLDER ACCOUNTS; ACTIVITY LIMITS.**

PNC Bank hereby establishes a maximum credit limit to be available for Purchases, and, if applicable, for Cash Advances in the amount set forth in the Company Credit Limit Schedule attached to this Agreement from time to time and incorporated herein by reference (the "Company Credit Limit"). **PNC Bank may, at its discretion, (i) terminate or reduce the Company Credit Limit at any time, upon 60 days' written notice to the Program Administrator except in the event of a Default hereunder, in which case no such notice is required, or (ii) decline charges against or close any one or more Cardholder Accounts at any time and for any reason relating to known or suspected fraud, illegal activity, unauthorized use or other misuse of a Cardholder Account, without prior notice to the Company.**

The Company agrees to advise Authorized Cardholders of activity limits with respect to Cardholder Accounts, including but not limited to any such limit as it may relate to the maximum number of transactions or maximum aggregate dollar amount of transactions permitted for such Cardholder Account during any period. The Company understands that, because of Visa rules and procedures, PNC Bank may be unable to decline charges for Purchases below certain amounts or at certain establishments or in certain locations, and in such cases the Company shall be liable notwithstanding applicable activity limits. The Company further understands that once an activity limit is reached with respect to any Cardholder Account, further uses of the Purchasing Card associated with such Cardholder Account will not be permitted until such applicable activity limit period has expired or the Company advises PNC Bank of a change to the activity limit in accordance with Paragraph 15. The Company further understands that once the Company Credit Limit is reached, further uses of Purchasing Cards will not be permitted until aggregate Cardholder Account balances are reduced below the Company Credit Limit.

6. **PROMISE TO PAY; FEES; TAXES.**

The Company agrees to pay PNC Bank on each Payment Due Date the full amount necessary to settle all balances on all Cardholder Accounts, which includes the total of all Purchases and Cash Advances charged to the Purchasing Cards. The Company also agrees to pay PNC Bank the fees and other charges set forth in the Fee Schedule which is attached hereto as Exhibit A and incorporated herein by reference (the "Fee Schedule"). The Company agrees to pay such fees and other charges on or before the applicable Payment Due Date, and to pay any additional charges set forth in the Fee Schedule for any payment which is not made on or before the applicable Payment Due Date.

Unless otherwise agreed in writing, PNC Bank reserves the right to amend the Fee Schedule at

2

any time and from time to time upon thirty (30) days prior written notice to the Company. PNC Bank, however, may at any time amend such Fee Schedule, to the extent, and in the amount, necessary to reflect any increased costs to PNC Bank by any additions to or any increases in the fees, charges, or other amounts PNC Bank is required to pay to any third party and, in such case, upon written request, PNC Bank will provide to the Program Administrator information in reasonable detail to verify such increase.

The Company shall pay all federal, state or other sales, use or other transfer based taxes, duties, imposts, fees or charges, however designated, which are levied or imposed by any governmental authority on the purchase by the Company (or any Authorized Cardholder) of any goods, products or services (collectively, the "Transfer Taxes") transferred by PNC Bank to the Company under the terms of this Agreement. The Company shall promptly pay or cause to be paid to PNC Bank an amount equal to any such Transfer Taxes required under applicable law to be collected and remitted to a governmental authority by PNC Bank and PNC Bank shall remit such Transfer Taxes to such governmental authority.

PNC Bank shall pay a rebate (the "Rebate") based upon the total dollar volume of the Purchasing Card Program activity for the Company during each calendar year, or during each partial calendar year in the case of (a) the period commencing the Effective Date through December 31 of the year in which the Effective Date occurs, or (b) the period commencing January 1 of a calendar year through the date the Agreement is terminated as provided in Paragraph 16 (each, a "partial calendar year"). Total dollar volume of the Purchasing Card Program activity shall not include (i) any "unauthorized use" as defined in Paragraph 17 and (ii) any outstanding balances on Cardholder Accounts which are not paid on or before each Payment Due Date. Such Rebate shall be paid on or before February 1 of the following calendar year and shall be paid by check payable to the Company or by a credit to a single account of the Company (such account to be designated in writing to PNC Bank), as determined by PNC Bank. The Rebate shall be calculated for each calendar year or partial calendar year in accordance with the Rebate Table attached to this Agreement as Exhibit B and incorporated herein by reference. In no event shall a Rebate be payable by PNC Bank to the Company if a Default by the Company has occurred hereunder. After a Default, PNC Bank may setoff any amounts owed by the Company under this Agreement against any Rebate earned.

7. PAYMENT.

Payments under this Agreement must be submitted by a PNC Bank initiated direct debit to a designated Company account or by a Company initiated wire transfer or ACH transfer in accordance with the procedures determined by PNC Bank. Any failure to comply with PNC Bank's procedures may result in payments being processed or deposited or credited after the Payment Due Date, in which case additional fees and charges, as described in the Fee Schedule, will be applicable, and the Company agrees to pay PNC Bank such additional fees and charges upon demand. The payment methods set forth here are the only payment methods accepted by PNC Bank, unless PNC Bank, in its sole discretion, determines to add additional payment options. The Company understands that the Company's use of certain payment options may require the Company to execute additional documents in order for PNC Bank to implement such payment options.

In addition to the other payment obligations of the Company pursuant to this Agreement, the Company agrees to pay immediately the full amount of any outstanding balance exceeding the Company Credit Limit.

8. MONTHLY STATEMENTS; DISPUTED BILLINGS.

PNC Bank shall furnish to each Authorized Cardholder monthly statements ("Cardholder Statements"), reflecting all transactions posted to each Cardholder Account for such Authorized Cardholder. PNC Bank shall also furnish to the Program Administrator monthly statements

3

reflecting all transactions posted to all Cardholder Accounts, and all activity relating to the charging of fees and charges under this Agreement, and any credits with respect to the same ("Monthly Company Statements"). PNC Bank's statements to the Company shall be in accordance with PNC Bank's standard reporting statement formats as of the time of such statements.

If the Company or an Authorized Cardholder disputes, or suspects an error has been made with respect to, any charges or billings, the Company must notify PNC Bank within sixty (60) days of the date of the Cardholder Statement on which the disputed charge or error first appeared. If the Company does not so notify PNC Bank, the Company waives any rights with respect to such disputed amount. Disputes regarding charges or billings under this Agreement shall be communicated in writing to PNC Bank at the address set forth in Paragraph 25. Communications should include the Authorized Cardholder's name and the Cardholder Account number, the dollar amount of any dispute or suspected error, the reference number and a brief description of the dispute or suspected error. Disputed billings are categorized as, but not necessarily limited to, failure to receive goods or services charged, fraud, forgery, altered charges and charges incurred by telephone order where the authenticity of the charge is in question.

9. ALLOCATION OF PAYMENTS.

PNC Bank may apply each payment made by the Company in any order PNC Bank determines to be appropriate at the time payment is made (whether it be applied first to fees and other charges as may then be outstanding or first to the outstanding balance of the Purchasing Card Account or otherwise).

10. COMPANY REPRESENTATIONS; FINANCIAL INFORMATION; REQUIRED NOTICES; CREDIT REPORTS.

The Company represents and warrants to PNC Bank that (a) the Company has all necessary power and authority to execute, deliver, perform and take all actions contemplated by this Agreement, (b) all such action has been duly and validly authorized by all necessary proceedings on the Company's part, and (c) this Agreement has been duly executed and delivered by the Company and constitutes a valid, legal and binding agreement of the Company enforceable against it in accordance with its terms.

The Company agrees to furnish PNC Bank, upon PNC Bank's request, such authorizations, verifications, certificates and information as PNC Bank may require from time to time with respect to this Agreement and the Company, including the authority and true signature of any Program Administrator or any person signing this Agreement or any amendments hereto (an "Authorized Contracting Officer"). If there is more than one Authorized Contracting Officer, as set forth on the Signature Page, the action or signature of any one Authorized Contracting Officer shall constitute authorization. Any Authorized Contracting Officer may be changed by written notice to PNC Bank from an authorized executive officer of the Company, subject at such time to such additional authorizations, verifications and certificates as PNC Bank may require.

The Company authorizes PNC Bank to obtain credit reports in the Company's name at any time, and acknowledges that PNC Bank may from time report its credit experience with the Company to third parties as required by applicable law, including governmental authorities. PNC Bank will make a good faith effort to notify the Company when such disclosures are made.

The Company shall deliver to PNC Bank as soon as available, and in any event not later than one hundred and five (105) days after the end of each fiscal year of the Company, financial statements of the Company in a form acceptable to PNC Bank; provided, however, that the Company shall not be required to deliver such financial statements to PNC Bank hereunder if such financial statements are delivered by the Company to PNC Bank or any of PNC Bank's affiliates under any lending or other relationship. The Company agrees that PNC Bank and its

4

affiliates may share information that PNC Bank and any affiliate receive from the Company under this Agreement and under other lending and business relationships. In the event that any financial information submitted to PNC Bank has been prepared by an outside accountant in New Jersey, the same shall be accompanied by a statement in writing signed by the accountant disclosing that the accountant is aware that the information prepared by the accountant would be submitted to and relied upon by PNC Bank in connection with PNC Bank's determination to grant or continue credit.

The Company shall notify PNC Bank within five (5) Banking Days after the occurrence of each Default under Paragraph 12 by providing a statement of the Authorized Contracting Officer setting forth the details of such Default and the action which the Company proposes to take with respect thereto.

## 11. CONFIDENTIAL AND PROPRIETARY INFORMATION.

In connection with the Purchasing Card Services and this Agreement, PNC Bank and the Company will be providing to each other, whether orally, in writing or in electronic format, nonpublic, confidential or proprietary information (collectively, "Confidential Information"). Each of the Company and PNC Bank agrees (a) to hold the Confidential Information of the other in strict confidence, (b) not to disclose or permit any other person or entity access to the Confidential Information of the other party, except for disclosure or access to employees, officers, directors, agents, representatives, external or internal auditors or regulatory authorities of a party requiring disclosure or access in the course of employment or services, and (c) not to use such Confidential Information except in connection with the Purchasing Card Services and for the purposes of this Agreement. It is understood and agreed that the obligation to protect such Confidential Information shall be satisfied if the party receiving such Confidential Information utilizes the same control (but no less than reasonable) as it does to avoid disclosure of its own confidential and valuable information. It is also understood and agreed that no information shall be within the protection of this Agreement where such information: (i) is or becomes publicly available through no fault of the party to whom such Confidential Information has been disclosed; (ii) is released by the originating party to anyone without restriction; (iii) is rightly obtained from third parties not, to such receiving party's knowledge, under obligation of confidentiality; or (iv) is required to be disclosed by subpoena or similar process of applicable law or regulations.

For the purposes of this Agreement, Confidential Information of PNC Bank shall include, without limitation, any scientific or technical information, design, process, procedure or improvement and all concepts, documentation, reports, data, data formats, specifications, computer software, source code, object code, user manuals, financial models, screen displays and formats, software, databases, inventions, knowhow, showhow and trade secrets, whether or not patentable or copyrightable, whether owned by PNC Bank or any third party, together with all memoranda, analyses, compilations, studies, notes, records, drawings, manuals or other documents or materials which contain or otherwise reflect any of the foregoing information.

Each of the Company and PNC Bank agrees to return to the other all Confidential Information of the other upon the termination of this Agreement; provided, however, each party may retain such limited information for customary archival and audit purposes only for reference with respect to prior dealings between the parties subject at all times to the continuing terms of this Paragraph 11.

Each of the Company and PNC Bank agrees not to use the other's name in any marketing, advertising or related materials, without the prior written consent of the other party.

## 12. EVENTS OF DEFAULT.

Any of the following constitute an event of default (each, a "Default") of the Company under this Agreement:

5

# VISA PURCHASING CARD AGREEMENT

(a) any payment is not made on the applicable Payment Due Date or any other obligation under this Agreement is not paid as and when it is due;

(b) the terms of this Agreement are breached by the Company or any Authorized Cardholder in any manner, or any representation or warranty made by the Company hereunder is not true and correct when made;

(c) less than 10 Purchasing Cards are issued and outstanding;

(d) the Company or any Guarantor defaults under the terms of any other obligation to PNC Bank or to any of PNC Bank's affiliates;

(e) the Company defaults (as principal or as guarantor or other surety) in any payment of any obligation (or set of related obligations) in respect of indebtedness for borrowed money in excess of $25,000 in the aggregate beyond any period of grace with respect thereto;

(f) a bankruptcy, receivership, insolvency, reorganization, liquidation, conservatorship or similar proceeding is commenced by or against the Company or any Guarantor;

(g) any assignment by the Company or any Guarantor for the benefit of creditors, or any levy, garnishment, attachment or similar proceeding is instituted against any property of the Company or any Guarantor held by or deposited with PNC Bank;

(h) the Company or any Guarantor dies, ceases to conduct business as a going concern, becomes insolvent or is dissolved, or PNC Bank otherwise believes in good faith that the prospect of payment and/or performance under this Agreement is impaired;

(i) the entry of a final judgment against the Company or any Guarantor in an amount in excess of $25,000 and the failure to discharge or stay the judgment within ten days of the entry thereof;

(j) the revocation or attempted revocation, in whole or in part, of any guarantee by any Guarantor; or

(k) the occurrence of any event, condition, act, or fact which would constitute a material adverse change in, or would otherwise involve a substantial risk of any material adverse effect on, the business, operations, conditions (financial or other) or prospects of the Company.

As used herein, the term **"Guarantor"** means any guarantor of, or pledgor of collateral for, the Company's obligations to PNC Bank existing on the date of this Agreement or arising in the future.

13. **REMEDIES.**

Upon the occurrence of a Default as defined in Paragraph 12: (i) if a Default under clause (f) or (g) above shall occur, the full balance of all Cardholder Accounts and any other amounts payable under this Agreement shall be immediately due and payable, and the Company Credit Limit, all Cardholder Accounts, and this Agreement will be immediately terminated, all without demand or notice of any kind; (ii) if any other Default shall occur, PNC Bank may, at its option, and without prior notification: (a) terminate the Company Credit Limit, close any or all Cardholder Accounts to all use and terminate this Agreement, and (b) accelerate payment of the full balance on all Cardholder Accounts and any other amounts payable under this Agreement, and require immediate repayment in full of such amounts; and (iii) PNC Bank may exercise from time to time any of the rights and remedies available hereunder or under applicable law.

14. **BANKER'S LIENS AND RIGHT OF SETOFF.**

TO SECURE ALL OF THE COMPANY'S EXISTING AND FUTURE OBLIGATIONS TO PNC BANK HEREUNDER OR OTHERWISE, THE COMPANY HEREBY GRANTS PNC BANK A GENERAL LIEN ON, SECURITY INTEREST IN AND RIGHT

6

OF SETOFF AGAINST ANY AND ALL OF THE COMPANY'S EXISTING AND FUTURE PROPERTY (INCLUDING WITHOUT LIMITATION, ALL DEPOSIT ACCOUNTS AND OTHER ACCOUNTS OF ANY TYPE) IN THE POSSESSION OF PNC BANK OR ANY OF PNC BANK'S AFFILIATES. UPON THE OCCURRENCE OF ANY DEFAULT HEREUNDER, PNC BANK MAY SET OFF ANY SUCH PROPERTY OF THE COMPANY AGAINST ANY OBLIGATION THE COMPANY OWES TO PNC BANK, AND MAY EXERCISE ANY OTHER RIGHTS AND REMEDIES PERMITTED BY LAW. EVERY SUCH SECURITY INTEREST AND RIGHT OF SETOFF MAY BE EXERCISED WITHOUT DEMAND UPON OR NOTICE TO THE COMPANY. EVERY SUCH RIGHT OF SETOFF SHALL BE DEEMED TO HAVE BEEN EXERCISED IMMEDIATELY UPON THE OCCURRENCE OF A DEFAULT HEREUNDER WITHOUT ANY ACTION OF PNC BANK, ALTHOUGH PNC BANK MAY ENTER SUCH SETOFF ON ITS BOOKS AND RECORDS AT A LATER TIME.

In addition to the foregoing, all of the payment obligations of the Company under this Agreement are intended to be secured by the property described in any collateral security documents that the Company executes and delivers to PNC Bank in connection with this Agreement or that previously may have been or may in the future be executed and delivered to PNC Bank to secure any other obligations of the Company to PNC Bank.

15. **COMPANY CANCELLATION OF PURCHASING CARDS (CARDHOLDER ACCOUNTS) OR REDUCTION OF ACTIVITY LIMITS.**

If the Company at any time desires to cancel or reduce or otherwise change any activity limit or other requirement on any outstanding Purchasing Card (including as a result of the termination of an Authorized Cardholder's employment), the Program Administrator shall so notify PNC Bank in writing specifying the requested date of such action. A Program Administrator may orally authorize a change to any activity limit or other requirement on a Purchasing Card with respect to a particular transaction or transactions, on which PNC Bank may rely; provided, however, that for any such change to become permanent, such change must be set forth in writing by the Company Program Administrator to PNC Bank.

Upon cancellation of any Purchasing Card or termination of any Cardholder Account, the Company will promptly notify the Authorized Cardholder and will use its best efforts to obtain the canceled Purchasing Card and return such Purchasing Card to PNC Bank, cut in half, or otherwise destroy it. Upon cancellation of a Purchasing Card (other than a lost or stolen Purchasing Card as to which PNC Bank has received notice) or termination of any Cardholder Account (including as a result of termination of employment of an Authorized Cardholder as to which PNC Bank has received notice), the Company shall remain liable for all outstanding balances incurred by the use of such Purchasing Card prior to such cancellation or termination, including all outstanding balances for transactions that may be posted to the Cardholder Account by a merchant after cancellation or termination, and all fees and other charges of any type as shall have accrued or as shall occur or accrue to PNC Bank with respect to such Cardholder Account. Upon reduction of or change in any activity limit or other requirement on any outstanding Purchasing Card, the Company will promptly notify the Authorized Cardholder. Notwithstanding any such notice, the Company shall remain liable for all amounts incurred by the use of such Purchasing Card.

16. **TERMINATION; EFFECT OF TERMINATION.**

The Rebate Table shall remain in effect until the earlier of (i) three (3) years from the Effective Date (and will be subject to renegotiation at the end of such period) or (ii) termination of this Agreement.

# VISA PURCHASING CARD AGREEMENT

This Agreement shall remain in effect until terminated as provided herein. The Company and PNC Bank may each terminate this Agreement at any time *without cause* upon at least sixty (60) days prior written notice to the other party (which notice shall specify the date of termination).

Upon termination of this Agreement, the full balance of all Cardholder Accounts and any other amounts payable under this Agreement shall be immediately due and payable in full.

The Company hereby forever waives presentment, protest, notice of dishonor and notice of non-payment. The Company also waives all defenses based on suretyship or impairment of collateral.

Notwithstanding any termination of this Agreement, this Agreement shall remain in full force and effect with respect to (i) all transactions hereunder that occur prior to the date of such termination, (ii) all fees and other charges as shall have accrued or as shall occur or accrue to PNC Bank with respect to such transactions, (iii) the confidentiality provisions set forth in Paragraph 11 of this Agreement, (iv) PNC Bank's general lien and right of setoff set forth in Paragraph 14 of this Agreement, (v) the indemnity provided by the Company in Paragraph 20 of this Agreement, and (vi) the waiver of jury trial, venue and enforcement provisions of Paragraph 24. Further, upon any termination and on demand thereafter, the Company shall reimburse PNC Bank for any reasonable out-of-pocket expenses incurred by PNC Bank in connection with this Agreement and the Purchasing Card Services, including without limitation the costs (including attorneys' fees) associated with unused customized cards and forms and the collection of all amounts outstanding hereunder.

17. **LOST OR STOLEN PURCHASING CARD; LIABILITY FOR UNAUTHORIZED USE.**

The Company agrees to notify PNC Bank immediately if the Company suspects or knows that a Purchasing Card is lost or stolen by calling the following telephone number: (800) 685-4039. The Company must immediately follow up the telephone call with written notice of the suspected or actual loss or theft of a Purchasing Card to PNC Bank at the address set forth in Paragraph 25.

The Company shall be liable for all unauthorized use of any Purchasing Card. For the purposes of this Agreement, "unauthorized use" means the use of a Purchasing Card by a person, other than an Authorized Cardholder, who does not have actual, implied or apparent authority for such use, and from which the Authorized Cardholder or the Company receives no benefit, including without limitation, any fraudulent use. The Company will not, however, be liable for any unauthorized use that continues after PNC Bank is notified orally or in writing of unauthorized use and has had a reasonable time to act on such notice. Use of a Purchasing Card by an Authorized Cardholder at any time, even if an Authorized Cardholder is no longer employed or associated with the Company, shall not constitute unauthorized use, subject to applicable law and Paragraph 15 of this Agreement.

The Company understands that any liability any Authorized Cardholder may separately have to the Company for the unauthorized use of any Purchasing Card is the lesser of $50 or the amount of such unauthorized use.

18. **FORCE MAJEURE.**

Notwithstanding any other provisions of this Agreement, PNC Bank shall not be liable for any failure, inability to perform, or delay in performance hereunder, if such failure, inability, or delay is due to acts of God, acts or omissions of Visa, the Company or any third party (including Total Systems Inc.), severe weather, war, civil commotion, governmental action, fire, explosion, strikes, other industrial disturbances, equipment malfunction, or any other cause beyond PNC Bank's reasonable control.

### 19. NOTICE RE: COMMUNICATIONS BY TELEPHONE.

To review and monitor appropriate handling of inquiries and PNC Bank's performance, some telephone calls between employees or agents of PNC Bank and the Company may be monitored by PNC Bank's supervisory or management personnel, without notice to the Company or such employees or agents of PNC Bank. PNC Bank will not, however, make a sound recording of any telephone call without disclosure to the Company.

### 20. INDEMNIFICATION.

The Company shall indemnify and hold harmless PNC Bank and its affiliates and their respective directors, officers, employees and agents, from and against any and all losses, claims, damages, liabilities, judgments or amounts paid in settlement (or actions, suits or proceedings, or investigations in respect thereof), including reasonable attorneys' fees (collectively, "Losses") resulting from, relating to or arising out of this Agreement and the Purchasing Card Services; provided, however, that the Company shall have no obligation to indemnify PNC Bank or its affiliates or their respective directors, officers, employees or agents against any Losses to the extent such Losses result from the gross negligence or willful misconduct of PNC Bank or its affiliates, or their respective directors, officers, employees or agents.

### 21. DISCLAIMERS OF WARRANTIES, SPECIAL DAMAGES AND LIABILITIES.

PNC BANK SPECIFICALLY DISCLAIMS ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ARISING OUT OF OR RELATED TO THIS AGREEMENT, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT, EACH OF WHICH IS EXPRESSLY EXCLUDED BY AGREEMENT OF THE PARTIES.

IN NO EVENT SHALL PNC BANK BE LIABLE UNDER ANY THEORY OF TORT, CONTRACT, STRICT LIABILITY OR OTHER LEGAL OR EQUITABLE THEORY FOR ANY LOST PROFITS OR EXEMPLARY, PUNITIVE, SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES, EACH OF WHICH IS HEREBY EXCLUDED BY THE AGREEMENT OF THE PARTIES REGARDLESS OF WHETHER OR NOT PNC BANK HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL PNC BANK BE LIABLE FOR AN AMOUNT GREATER THAN FEES ALREADY RECEIVED FROM THE COMPANY HEREUNDER.

In addition, the Company acknowledges and agrees that Visa U.S.A. Inc. and Visa International shall not be responsible for any claims, losses, damages or liabilities incurred by any Visa member (including PNC Bank) or by the agents, brokers, cardholders (including the Company or any Authorized Cardholder), or merchants of any such Visa member arising out of the Visa Purchasing Card product, including without limitation the Purchasing Card Account and services provided under this Agreement. VISA U.S.A. INC. AND VISA INTERNATIONAL DISCLAIM ALL WARRANTIES WITH RESPECT TO THE VISA PURCHASING CARD PRODUCT OR ANY CORE SERVICE OR SUPPLEMENTAL SERVICES PROVIDED IN CONNECTION THEREWITH BY VISA OR ITS CONTRACTORS (INCLUDING PNC BANK), BOTH EXPRESS AND IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

### 22. PRIOR AGREEMENTS; AMENDMENTS; WAIVER; CUMULATIVE REMEDIES.

This Agreement (including any attachments and the documents and instruments referred to herein) constitutes the entire agreement and supersedes all prior agreements and understandings, both

# VISA PURCHASING CARD AGREEMENT

written and oral, between the Company and PNC Bank or any of PNC Bank's affiliates with respect to the subject matter hereof. Except as expressly provided in this Agreement, this Agreement may be amended or modified only by a written agreement signed by both PNC Bank and the Company. No waiver by either party of any of its respective rights under this Agreement shall be effective unless in writing signed by an authorized representative of such party. If for any reason a party waives a right, such waiver shall not be construed to be continuing, nor shall such waiver limit or otherwise affect such party's right to exercise such right at a later time with or without notice. Each party's rights and remedies hereunder are cumulative and not exclusive of any other rights or remedies which such party may have under agreements, at law or in equity.

23. ASSIGNMENT; BINDING EFFECT.

This Agreement (including any of the Company's rights or obligations hereunder) may not be assigned or transferred, by operation of law or otherwise, by the Company without the prior written consent of PNC Bank. This Agreement shall be binding upon the representatives and permitted successors and assigns of the Company. No consent is required for PNC Bank to assign or otherwise transfer this Agreement or its rights or obligations hereunder.

24. WAIVER OF JURY TRIAL; VENUE; ENFORCEMENT.

EACH OF THE COMPANY AND PNC BANK HEREBY KNOWINGLY, VOLUNTARILY AND IRREVOCABLY WAIVES ANY AND ALL RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY ACTION, SUIT OR PROCEEDING OF ANY NATURE RESULTING FROM, ARISING OUT OF OR RELATED TO THIS AGREEMENT.

**The Company hereby irrevocably consents and agrees that any action, suit or proceeding resulting from, arising out of or related to this Agreement shall be instituted in any state or federal court in the Commonwealth of Pennsylvania (including the courts of the United States of America for the Western District of Pennsylvania) and hereby waives any objection which it may now or hereafter have to the laying of the venue of any such action, suit or proceeding in any such jurisdiction, on the basis of a more convenient forum or otherwise. Nothing contained in this Agreement (including this Paragraph) shall prevent PNC Bank from bringing any action, suit or proceeding, or enforcing any award or judgment or exercising any rights against the Company individually or against any property of the Company within any other county, state or other foreign or domestic jurisdiction.**

In the event of any breach of Paragraph 11, for which is its recognized that there may be no adequate remedy at law, and for which adequate consideration has been received, PNC Bank and the Company shall be entitled to equitable relief, including injunctive relief and specific performance, in addition to all other remedies available at law.

25. NOTICES.

All notices permitted or required by this Agreement shall be in writing and shall be deemed to have been duly given if sent by personal delivery, mail, nationally recognized overnight courier, telegram, or facsimile, addressed,

in the case of notice to PNC Bank, to:

PNC Bank, National Association
Treasury Management
Firstside Center
500 First Avenue
Pittsburgh, Pennsylvania 15219
Attn: Commercial Card Operations
Mailstop: P7-PFSC-03-D

With a copy to:

Case 5:11-bk-02032-RNO    Doc 57-3    Filed 04/01/11    Entered 04/01/11 11:09:27    Desc
Exhibit C    Page 11 of 17

# VISA PURCHASING CARD AGREEMENT

PNC Bank, National Association
Treasury Management
Two PNC Plaza, 28th Floor
620 Liberty Avenue
Pittsburgh, Pennsylvania 15265
Attn: Risk Manager

or, if sent by facsimile, to (412) 705-0759, Attention: Commercial Card Operations and (412) 768-9951, Attention: Treasury Management Risk Manager;

and in the case of notice to the Company, except as expressly provided below, to the Program Administrator at the address provided to PNC Bank in the PNC Bank Purchasing Card Corporate Contact Form.

In the case of the notice made by PNC Bank pursuant to Paragraph 16 of this Agreement, notice shall be provided to Authorized Contracting Officer at the address set forth on the Signature Page to this Agreement.

Any of the above notices or inquiries to the Company may be sent to the applicable facsimile number set forth on the Signature Page for the Authorized Contracting Officer and the PNC Bank Purchasing Card Corporate Contact Form for the Program Administrator. Any address or facsimile number set forth or referred to above may be changed by the party to receive notice, providing notice is given in writing to the other party in accordance with these notice provisions.

Notwithstanding anything herein to the contrary, if the Company has not identified any Program Administrator or Authorized Contracting Officer, or if PNC Bank is unable to determine the identity of such person from its records, then all notices to the Company permitted or required by this Agreement shall be addressed to the Company at the address shown on the records of PNC Bank.

26. **CERTAIN DEFINITIONS.**

In addition to the capitalized words and terms defined elsewhere in the Agreement, the following words and terms shall have the following meanings:

"Agreement" means this Visa Purchasing Card Agreement, including all Exhibits and attachments, as it and they may be amended from time to time.

"Banking Day" is a day other than Saturday, Sunday or public holiday under the laws of the Commonwealth of Pennsylvania, or other day on which banking institutions are authorized or obligated to close in Pittsburgh, Pennsylvania.

"Payment Due Date" refers to each date upon which payment of any type is due from the Company to PNC Bank. The Payment Due Date for the amount shown on any Monthly Company Statement as "Total Payment Due", including any disputed amounts (as described in Paragraph 8), shall be the date which is seven (7) calendar days after the date identified on the Company Monthly Statement as "Statement Date".

27. **GOVERNING LAW.**

THIS AGREEMENT AND ALL QUESTIONS RELATING TO THE SUBJECT MATTER HEREOF SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA (EXCLUDING ITS CONFLICT OF LAW RULES) OR, TO THE EXTENT CONTROLLING, THE LAWS OF THE UNITED STATES OF AMERICA.

28. **CONSTRUCTION.**

To the extent possible, each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision shall be held to be invalid, illegal or unenforceable, such provision shall be ineffective only to the extent of such invalidity, illegality or unenforceability, without affecting the other provisions of this Agreement. Titles

## VISA PURCHASING CARD AGREEMENT

and headings to paragraphs of this Agreement are inserted for convenience of reference only and are not intended to be a part of or to affect the meaning or interpretation of this Agreement. All Schedules, Exhibits and Addenda to this Agreement are hereby made a part of this Agreement in all respects.

12

# VISA PURCHASING CARD AGREEMENT

## COMPANY CREDIT LIMIT SCHEDULE

Date: June 12, 2007

Company: United Gilsonite Laboratories

Company Credit Limit: $200,000

In the event of a change in the Company Credit Limit, as provided in the VISA Purchasing Card Agreement, PNC Bank will prepare a revised Company Credit Limit Schedule and attach it to the VISA Purchasing Card Agreement, and will send a copy to the Company. The revised Company Credit Limit will be effective as of the date set forth on the new Company Credit Limit Schedule.

13

Case 5:11-bk-02032-RNO    Doc 57-3    Filed 04/01/11    Entered 04/01/11 11:09:27    Desc
Exhibit C    Page 14 of 17

# VISA PURCHASING CARD AGREEMENT

## SIGNATURE PAGE

By executing this Signature Page, the undersigned acknowledge that they have read the foregoing Visa Purchasing Card Agreement and agree to abide and be bound by its terms and conditions.

**PNC BANK, NATIONAL ASSOCIATION**

By: _____
   *(Signature)*
Name: _____
Title: _____
Date: _____


**UNITED GILSONITE LABORATORIES**

By: *[signature]*
   *(Signature)*
Name: DONALD R. MANCUSO
Title: Treasurer
Date: 6/12/2007


Form of Organization *(please check)*:
_X_  Corporation; ___ Partnership;
___  Other (Specify: _____ )


State of Organization: PENNSYLVANIA


Address:   1396 Jefferson Avenue
           Scranton, Pennsylvania 18509


Facsimile Number of Authorized Contracting Officer: 570 969 7634

14

# VISA PURCHASING CARD AGREEMENT

**PNCBANK**      **Exhibit A**

*Prepared for*
*United Gilsonite Laboratories*

## Purchasing Card Fee Schedule

| Category | Standard Price | United Gilsonite Laboratories |
|---|---|---|
| **I. Monthly Program Maintenance Fee** *Standard Account Includes:* <br>• Program administration <br>• Cardholder statements <br>• Invoices <br>• Standard paper reports <br>• Cards (no limit on # of accounts) <br>• Transmissions (EDI or Flat File) | $200 per month | Waived |
| **II. Transaction Fee** <br> 0 - 500 <br> 500 - 1,000 <br> > 1,000 | $.50 per transaction <br> $.25 per transaction <br> no charge | Waived |
| **III. Web Based Reporting** *(Visa Information Source)* | $100 per month | Waived |
| **IV. Corporate Account Late Fee** | 1% of outstanding balance at 15 days past the next statement close date* | 1% of outstanding balance at 15 days past the next statement close date* |
| **V. Cash Advance Transaction Fee** | $3 or 3% per advance *(whichever is greater)* | $3 or 3% per advance *(whichever is greater)* |
| **VI. Foreign Exchange Fee** | Exchange Rate + 1%** | Exchange Rate + 1%** |
| **VII. Customization of Card Graphics** <br><br> **Type I:** Custom Black and White Logo on Standard PNC Bank Card Design <br> — Image and Template Design *(limited to two different images)* <br> — Cost of graphics per card | <br><br>$250 per image <br><br> $1 per card | <br><br>Waived <br><br> Waived |
| **Type II:** Custom Card Design or Custom Colors <br> — Card Customization (image) <br> — Card Customization per card <br><br> Order quantity in increments of 1,000 | TBD by design | TBD by design |

\* If payment in full of amounts due under a monthly statement has not been made by the date that is 15 days after the next statement closing date, then 1% of the outstanding balance will be charged as a late fee and will appear on the next statement.

\*\* Visa will convert the amount from the transaction currency into U.S. dollars, using a conversion exchange rate that is either a rate selected by Visa from a range of rates available in wholesale currency markets for the applicable central processing date (which rate may vary from the rate Visa receives), or the government-mandated rate in effect for the applicable central processing date, plus in each instance, 1%.

VISA PURCHASING CARD AGREEMENT

# ⓑ PNCBANK     Exhibit B

*Prepared for*
*United Gilsonite Laboratories*

## Purchasing Card Rebates

PNC Bank offers the following rebate incentives to United Gilsonite Laboratories based on monthly payment terms being seven (7) calendar days after the Monthly Cycle Date (Statement Date)

| Annual Dollar Volume* | Rebates (bps)** |
|---|---|
| $10,000,000 or more | 65 |
| $5,000,000 to $9,999,999 | 60 |
| $2,500,000 to $4,999,999 | 55 |
| $1,000,000 to $2,499,999 | 50 |
| $0 to $999,999 | - |

\*    *Annual Dollar Volume = calendar year total of sales minus returns minus cash advances minus transactions that qualify within the Visa Large Ticket Merchant program.*

\*\*   *Rebate Incentives are listed in basis points. One basis point equals .0001.*

Rebates are paid on an annual basis.

The above schedule reflects a corporate bill, payment, and liability program for Purchasing Card volume.

16