IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| UNITED GILSONITE LABORATORIES, | : | |
| A PENNSYLVANIA CORPORATION, | : | Case No. 5:11-bk-02032-RNO |
| | : | |
| DEBTOR-IN-POSSESSION | : | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

NOW COMES the United States Trustee, through undersigned counsel, and respectfully gives notice of the appointment of the following creditors to the Official Committee of Unsecured Creditors in the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 1102(a)(1):

1. Allen Rabinowitz, PR for the Estate of Stanley Rabinowitz
   c/o Early & Strauss, LLC and Early, Lucarelli, Sweeney & Meisenkothen, LLC
   360 Lexington Avenue, 20th Floor
   New York, NY 10017
   Attn.: Ethan Early, Esq.
   Tel.: (212) 986-2233
   Fax: (212) 986-2255
   Email: eearly@elslaw.com

2. Joseph Bayer
   c/o Gori, Julian & Associates, P.C.
   156 North Main Street
   Edwardsville, IL 62025
   Attn.: Lauren Boaz, Esq.
   Tel.: (618) 659-9833
   Fax: (618) 659-9834
   Email: lauren@gorijulianlaw.com

3. John J. Juliano
   c/o Belluck & Fox, LLP
   546 Fifth Avenue, 4th Floor
   New York, NY 10036
   Attn.: Brian Fitzpatrick, Esq.
   Tel.: (888) 803-7395

        Fax:    (212) 681-1574
        Email: bfitzpatrick@belluckfox.com

4.    Estate of Grady Peeler
      c/o The Ruckdeschel Law Firm, LLC
      5126 Dorsey Hall Drive
      Ellicot City, MD 21042
      Attn.:  Jonathan Ruckdeschel, Esq.
      Tel.:   (410) 884-7825
      Fax:   (443) 586-0430
      Email: ruck@rucklawfirm.com

5.    E.W. Kaufmann Company
      Keystone Industrial Park
      140 Wharton Road
      Bristol, PA 19007
      Attn.:  Stephen Schmidt
      Tel.:   (215) 364-0240
      Fax:   (215) 364-4397
      Email: sschmidt@ewkco.com

                                        Respectfully submitted,

                                        ROBERTA A. DeANGELIS
                                        UNITED STATES TRUSTEE

                                        Anne K. Fiorenza
                                        Assistant United States Trustee

                            By:    /s/ Gregory B. Schiller
                                        Gregory B. Schiller, Esq.
                                        Trial Attorney
                                        United States Department of Justice
                                        Office of the United States Trustee
                                        Middle District of Pennsylvania
                                        Federal Building, Suite 1190
                                        228 Walnut Street, P.O. Box 969
                                        Harrisburg, PA 17108-0969
                                        Tel. (717) 221-4515
                                        Fax (717) 221-4554
                                        Email: Gregory.B.Schiller@usdoj.gov

Dated: April 15, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| UNITED GILSONITE LABORATORIES, : | |
| A PENNSYLVANIA CORPORATION, : | Case No. 5:11-bk-02032-RNO |
| : | |
| DEBTOR-IN-POSSESSION : | |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 15, 2011</u>, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

Mark B. Conlan, Esq.
Karen A. Giannelli, Esq.
Frank J. Vecchione, Esq.
Counsel For Debtor
mconlan@gibbonslaw.com
kgiannelli@gibbonslaw.com
fvecchione@gibbonslaw.com

I hereby further certify that on <u>April 15, 2011</u>, I served the foregoing via email to the following counsel of record for each member of the Official Committee of Unsecured Creditors:

Brian Fitzpatrick, Esq.
Counsel for John J. Juliano
bfitzpatrick@belluckfox.com

Jonathan Ruckdeschel, Esq.
Counsel for Estate of Grady Peeler
ruck@rucklawfirm.com

Stephen Schmidt
E.W. Kaufmann Company
sschmidt@ewkco.com

Ethan Early, Esq.
Counsel for Allen Rabinowitz, PR for the
Estate of Stanley Rabinowitz
eearly@elslaw.com

Lauren Boaz, Esq.
Counsel for Joseph Bayer
lauren@gorijulianlaw.com

Respectfully submitted,

ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE

Anne K. Fiorenza
Assistant United States Trustee

By: /s/ Gregory B. Schiller
Gregory B. Schiller, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
Federal Building, Suite 1190
228 Walnut Street, P.O. Box 969
Harrisburg, PA 17108-0969
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Gregory.B.Schiller@usdoj.gov