# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

United Gilsonite Laboratories, A Pennsylvania Corporation          Case No. 5-11-02032

Reporting Period:  **3/23/2011 - 3/31/2011**
(month end date)

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 15 days after end of month
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | |
|    Copies of bank statements | | Yes | |
|    Cash disbursements journals | | Yes | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Postpetition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____                              _____
Signature of Debtor                                                                                              Date

_____                              _____
Signature of Joint Debtor                                                                                   Date

_____                              April 15, 2011
Signature of Authorized Individual*

Don Mancuso                                                                                                Treasurer & Secretary
Printed Name of Authorized Individual                                                       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

| | United Gilsonite Laboratories, A Pennsylvania Corporation | | | | | | Case No. 5-11-02032 |
|---|---|---|---|---|---|---|---|
| | Debtor | | | | | Reporting Period: | 3/23/2011 - 3/31/2011 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | Operating[1] | Payroll | Remote | Money Market | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 951,283.28 | 13,627.00 | 50,047.20 | 25.00 | 1,014,982.48 | | 1,014,982.48 | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | 1,268,100.06 | | 3,258.79 | | 1,271,358.85 | 975,000.00 | 1,271,358.85 | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | 1,212.93 | 7.75 | 1,220.68 | | 1,220.68 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TRANSFERS (FROM OPER ACCTS) | | 91,864.75 | | | 91,864.75 | | 91,864.75 | |
| TOTAL RECEIPTS | 1,268,100.06 | 91,864.75 | 4,471.72 | 7.75 | 1,364,444.28 | 975,000.00 | 1,364,444.28 | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 6,971.05 | 91,864.75 | | | 98,835.80 | 93,300.00 | 98,835.80 | |
| PAYROLL TAXES | 35,779.99 | | | | 35,779.99 | 34,000.00 | 35,779.99 | |
| SALES, USE, & OTHER TAXES | (75.00) | | | | (75.00) | 7,700.00 | (75.00) | |
| INVENTORY PURCHASES | 118,602.24 | | | | 118,602.24 | 600,000.00 | 118,602.24 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | (263.00) | | | | (263.00) | 14,000.00 | (263.00) | |
| ADMINISTRATIVE | (52,326.36) | | | | (52,326.36) | 44,000.00 | (52,326.36) | |
| SELLING | (51,408.09) | | | | (51,408.09) | 107,000.00 | (51,408.09) | |
| OTHER (ATTACH LIST) | | | | | | | | |
| PERSONAL EXPENSES (MOR-1 (INDIV) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | (625.00) | | | | (625.00) | 75,000.00 | (625.00) | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 56,655.83 | 91,864.75 | | | 148,520.58 | 975,000.00 | 148,520.58 | |
| | | | | | | | | |
| NET CASH FLOW | 1,211,444.23 | | 4,471.72 | 7.75 | 1,215,923.70 | | 1,215,923.70 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 2,162,727.51 | 13,627.00 | 54,518.92 | 32.75 | 2,230,906.18 | | 2,230,906.18 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 148,520.58 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 148,520.58 |

1. The Debtor maintains two operating accounts at Wells Fargo Bank (f/k/a Wachovia), Account Nos. xxxxxx9224 and xxxxxx0155. The amounts set forth above are on a combined basis.

FORM MOR-1

| "March 2011 - Operational | G/L | 1070 000 |
|---|---|---|
| Balance Per Bank Statement | $ 1,773,393.12 | |
| | | $ 1,773,393.12 |
| Add: Deposits in Transit | $ 201,588.68 | |
| | $ 19,587.89 | |
| | $ 9,356.46 | |
| | $ 19,371.24 | |
| | $ 10,766.85 | |
| | $ 41,355.02 | |
| | $ 2,367.61 | |
| | | $ 304,393.75 |
| Deduct: Outstanding Checks | | |
| Nevada SCADU - 130294 | $ 121.16 | |
| Net Credit Union - 130305 | $ 6,971.05 | |
| Blue Cross | $ 501.44 | |
| Rohm and Haas | $ 2,145.27 | $ 9,738.92 |
| Current Balance: | | $ 2,068,047.95 |
| Balance per Books | $ 2,162,727.51 | |
| | | $ 2,162,727.51 |
| Add: Bank Interest | | |
| Deposited But Not Recorded | | |
| | | $ - |
| Deduct: Bank Service Charge | $ 1,308.16 | |
| Postage Meter | $ 1,200.00 | |
| Roger Nord ck 130262 | $ 117.82 | |
| Paul Lawatsch ck 130265 | $ 19.81 | |
| Payroll - April 1 | $ 92,033.77 | |
| | | $ 94,679.56 |
| Current Balance | | $ 2,068,047.95 |