IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| IN RE: | Chapter 11 |
| UNITED GILSONITE LABORATORIES, A PENNSYLVANIA CORPORATION,[1] | Case No. 5:11-bk-02032 (RNO) |
| DEBTOR. | |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU      )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with GCG, Inc., the claims, noticing, and balloting agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 1, 2014, the following document was electronically filed and served through the Court's Case Management Electronic Case File ("CM/ECF") system on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties who are registered with CM/ECF):

- **Declaration of Craig E. Johnson of GCG, Inc. Certifying the Methodology for the Tabulation of Votes on and Results of Voting with Respect to the Debtor's Modified First Amended Plan of Reorganization ("Declaration of Craig E. Johnson re Ballot Certification")** [Docket No. 2134].

---

[1] The last four digits of the Debtor's federal tax identification number are 7530.

3. On December 1, 2014, at the direction of Gibbons P.C., counsel for the Debtor, I caused a true and correct copy of the **Declaration of Craig E. Johnson re Ballot Certification** to be served by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties who are not registered with CM/ECF and a Plan Objection Party).

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 4th day of
December, 2014

/s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires: September 23, 2017

# EXHIBIT A

ARGO PARTNERS  
MATTHEW A. GOLD, ESQ.  
12 W. 37TH ST 9TH FL  
NEW YORK NY 10018  
email: courts@argopartners.net

CHARTER OAK FINANCIAL CONSULTANTS, LLC  
C/O JAMES SINCLAIR  
430 CENTER AVENUE  
MAMARONECK NY 10543

CHARTER OAK FINANCIAL CONSULTANTS, LLC  
C/O MONTGOMERY, MCCRACKEN, WALKER  
& RHOADS, LLP  
ATTN: LAURIE A. KREPTO  
123 SOUTH BROAD ST  
PHILADELPHIA PA 19109

COMMONWEALTH OF PENNSYLVANIA  
ATTN RHONDA HUNSICKER  
DEPT. OF LABOR & INDUSTRY  
READING BANKRUPTCY & COMPLIANCE UNIT  
625 CHERRY ST, RM 203  
READING PA 19602  
email: ra-li-ucts-bankhbg@state.pa.us

DICKIE, MCCAMEY & CHILCOTE, P.C.  
ATTN SAMUEL R. GREGO, ESQ.  
TWO PPG PLACE-SUITE 400  
PITTSBURGH PA 15222  
email: sgrego@dmclaw.com, gmichaels@dmclaw.com

DRINKER BIDDLE & REATH LLP  
ATTN: ANDREW J. FLAME  
ONE LOGAN SQUARE, SUITE 2000  
PHILADELPHIA PA 19103  
email: andrew.flame@dbr.com

ECKELL, SPARKS, LEVY, AUERBACH, MONTE,  
SLOANE, MATTHEWS & AUSLANDER, P.C.  
ATTN PATRICK T. HENIGAN, ESQ.  
344 WEST FRONT ST.  
MEDIA PA 19063  
email: phenigan@eckellsparks.com, apetka@eckellsparks.com

FUENTES, MARIE  
C/O METZGER LAW GROUP  
401 E OCEAN BLVD., SUITE 800  
LONG BEACH CA 90802  
email: rmetzger@toxictorts.com, kdarnell@toxictorts.com

GIBBONS P.C.  
ATTN: BRIAN J MCMAHON  
ONE GATEWAY CENTER  
NEWARK NJ 07102-5310  
email: bmcmahon@gibbonslaw.com

GIBBONS P.C.  
ATTN: FRANK J VECCHIONE  
ONE GATEWAY CENTER  
NEWARK NJ 07102-5310  
email: fvecchione@gibbonslaw.com

GIBBONS P.C.  
ATTN: NATASHA M SONGONUGA  
1000 N WEST STREET  
WILMINGTON DE 19801-1050  
email: nsongonuga@gibbonslaw.com

GIBBONS P.C.  
ATTN K.GIANNELLI, M.CONLAN, F.VECCHIONE  
ONE GATEWAY CENTER  
NEWARK NJ 07102-5310  
email: kgiannelli @gibbonslaw.com

GIBBONS P.C.  
ATTN MARK CONLAN  
ONE GATEWAY CENTER  
NEWARK NJ 07102-5310  
email: mconlan@gibbonslaw.com

GILBERT LLP  
ATTN: JONATHAN M. COHEN, SCOTT D. GILBERT  
1100 NEW YORK AVENUE, NW  
7TH FLOOR  
WASHINGTON DC 20005  
email: cohenj@gotofirm.com

GILBERT LLP
C/O MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP
ATTN: LAURIE A. KREPTO
123 SOUTH BROAD ST
PHILADELPHIA PA 19109

GOLDBERG, PERSKY & WHITE, P.C.
ATTN DAVID P. CHERVENICK, ESQUIRE
1030 FIFTH AVENUE
PITTSBURGH PA 15219
email: dchervenick@gpwlaw.com

GORDON & REES LLP
ATTN JACOB C. COHN, ESQ.
ONE COMMERCE SQUARE
2005 MARKET STREET, STE 2900
PHILADELPHIA PA 19103
email: jcohn@gordonrees.com

K & L GATES LLP
ATTN: DAVID F. MCGONIGLE
210 SIXTH AVENUE
PITTSBURGH PA 15222-2613
email: david.mcgonigle@klgates.com; klgatesbankruptcy@klgates.com

K & L GATES LLP.
ATTN:MICHAEL S. NELSON
210 SIXTH AVENUE
PITTSBURGH PA 15222-2613
email: michael.nelson@klgates.com; klgatesbankruptcy@klgates.com

KLEHR HARRISON HARVEY BRANZBURG LLP
MARGARET M MANNING ON BEHALF OF STOCKHOLDER SHARE
919 MARKET ST., STE 1000
WILLMINGTON DE 19801-3062
email: mmanning@klehr.com

KLEHR HARRISON HARVEY BRANZBURG LLP
DOMENIC E. PACITTI ON BEHALF OF STOCKHOLDERS SHARH
919 MARKET ST. STE. 1000
WILMINGTON DE 19801-3062
email: dpacitti@klehr.com

KLEHR HARRISON HARVEY BRANZBURG LLP
KATHRYN E. PERKINS ON BEHALF OF STOCKHOLDER SHARE
1835 MARKET ST. STE. 1400
PHILADELPHIA PA 19103
email: kperkins@klehr.com; afoody@klehr.com

LEGAL ANALYSIS SYSTEMS, INC.
C/O MARK A. PETERSON
970 CALLE ARROYO
THOUSAND OAKS CA 91360

LEGAL ANALYSIS SYSTEMS, INC.
C/O MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP
ATTN: LAURIE A. KREPTO
123 SOUTH BROAD ST
PHILADELPHIA PA 19109

LORI BERGMAN AND AARON BERGMAN
PURCELL, KRUG & HALLER
ATTN: LEON P. HALLER, ESQ.
1719 FRONT STREET
HARRISBURG PA 17102-2392
email: lhaller@pkh.com; dmaurer@pkh.com

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP
ATTN LAURIE A KREPTO
123 SOUTH BROAD ST., 24TH FL
PHILADELPHIA PA 19109
email: LKrepto@mmwr.com; BankECF@mmwr.com

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP
ATTN NATALIE D. RAMSEY, ESQ.
123 SOUTH BROAD ST., 24TH FL.
PHILADELPHIA PA 19109
email: nramsey@mmwr.com

NOGI, APPLETON, WEINBERGER & WREN, P.C.
ATTN M. WREN, ESQ., B. PAUL, ESQ.
415 WYOMING AVENUE
SCRANTON PA 18503
email: mwren@corp-law.net

NOGI, APPLETON, WEINBERGER & WREN, P.C.  
ATTN BRICE C. PAUL, ESQUIRE  
415 WYOMING AVENUE  
SCRANTON PA 18503  
email: bpaul@corp-law.net

OFFICE OF THE UNITED STATES TRUSTEE  
ATTN: GREGORY B SCHILLER ESQ  
228 WALNUT ST SUITE 1190  
HARRISBURG PA 17101  
email: ustpregion03.ha.ecf@usdoj.gov; Gregory.B.Schiller@usdoj.gov

PENSION BENEFIT GUARANTY CORPORATION  
ATTN:KELLY R. CUSICK, ESQ.  
OFFICE OF CHIEF COUNSEL  
1200 K STREET, N.W.  
WASHINGTON DC 20005-4026  
email: cusick.kelly@pbgc.gov; wagner.scott@pbgc.gov; efile@pbgc.gov

PENSION BENEFIT GUARANTY CORPORATION  
C/O OFFICE OF THE CHIEF COUNSEL  
ATTN: KELLY R. CUSICK, ESQ.  
1200 K STREET, N.W.  
WASHINGTON DC 20005-4026  
email: cusick.kelly@pbgc.gov

PENSION BENEFIT GUARANTY CORPORATION  
C/O OFFICE OF THE CHIEF COUNSEL  
ATTN: KELLY R. CUSICK, ESQ.  
1200 K ST NW STE 340  
WASHINGTON DC 20005-4026  
email: cusick.kelly@pbgc.gov

PENSION BENEFIT GUARANTY CORPORATION  
C/O OFFICE OF THE CHIEF COUNSEL  
ATTN: KELLY R. CUSICK, ESQ.  
1200 K ST NW STE 340  
WASHINGTON DC 20005-4026  
email: cusick.kelly@pbgc.gov

PENSION BENEFIT GUARANTY CORPORATION  
C/O OFFICE OF THE CHIEF COUNSEL  
ATTN: KELLY R. CUSICK, ESQ.  
1200 K ST NW STE 340  
WASHINGTON DC 20005-4026  
email: cusick.kelly@pbgc.gov

TENNESSEE DEPARTMENT OF REVENUE  
ANDREW JACKSON STATE OFFICE BUILDING  
500 DEADERICK STREET  
GINA BAKER HANTEL  
NASHVILLE TN 37242  
email: gina.hantel@ag.tn.gov

THORP REED & ARMSTRONG LLP  
ATTN WILLIAM C PRICE  
COUNSEL FOR E W KAUFMAN  
ONE OXFORD CENTRE  
301 GRANT STREET, 14TH FLOOR  
PITTSBURGH PA 15219-1425  
email: wprice@thorpreed.com; wprice@clarkhillthorpreed.com; aporter@clarkhill.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
ATTN EDWIN J. HARRON  
RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON DE 19801  
email: eharron@ycst.com; ccathcart@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
ATTN SHARON M. ZIEG  
RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON DE 19801  
email: szieg@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
ATTN SARA BETH A. R. KOHUT  
RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON DE 19801  
email: skohut@ycst.com; ccathcart@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
ATTN MICHAEL S. NEIBURG  
RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON DE 19801  
email: mneiburg@ycst.com; ccathcart@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON DE 19801  
email: ccathcart@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN JOHN T. DORSEY
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON DE 19801
email: jdorsey@ycst.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN ERIN EDWARDS
RODNEY SQUARE
1000 NORTH KIND STREET
WILMINGTON DE 19801
email: eedwards@ycst.com

# EXHIBIT B

| | |
|---|---|
| ALBRIGHT, CHESTER AND PATRICIA<br>C/O THE RUCKDESCHEL LAW FIRM, LLC<br>ATTN: JONATHAN RUCKDESCHEL, ESQ.<br>8357 MAIN ST<br>ELLICOTT CITY, MD 21043-4603 | BLANK ROME LLP<br>ATTN MICHAEL C. GRAZIANO, REGINA KELBON<br>ONE LOGAN SQUARE<br>130 N 18TH STREET<br>PHILADELPHIA, PA 19103-6998 |
| BLANK ROME LLP<br>ATTN REGINA STANGO KELBON, ESQ<br>ONE LOGAN SQUARE<br>130 N 18TH STREET<br>PHILADELPHIA, PA 19103-6998 | BRAYTON PURCELL LLP<br>ATTN ALAN R. BRAYTON, ESQ.<br>222 RUSH LANDING RD<br>NOVATO, CA 94945 |
| BRAYTON PURCELL LLP<br>ATTN CHRISTINA C. SKUBIC, ESQ.<br>222 RUSH LANDING RD<br>NOVATO, CA 94945 | BRAYTON PURCELL LLP<br>ATTN NANCY A. MULLIKIN, ESQ.<br>222 RUSH LANDING RD<br>NOVATO, CA 94945 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>ATTN MARK HEIM, DISTRICT ADMINISTRATOR<br>110 N 8TH ST, STE 204A<br>PHILADELPHIA, PA 19107-2412 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>P.O. BOX 280947<br>HARRISBURG, PA 17128-0947 | COMMONWEALTH OF PENNSYLVANIA<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN KATHLEEN KANE, ATTY GEN.<br>STRAWBERRY SQ, FL 16<br>HARRISBURG, PA 17120 |
| DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | DICKIE, MCCAMEY & CHILCOTE, P.C.<br>ATTN E. OLSZEWSKI, JR., S. GREGO, ESQ.<br>TWO PPG PLACE-SUITE 400<br>PITTSBURGH, PA 15222 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: MICHAEL P. POMPEO<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932-1047 | DUNMORE DEPT. OF TAXATION & FINANCE<br>ATTN LOUIS PACCIOTTI & SALLY JUDGE,<br>TAX COLLECTORS<br>400 S BLAKELY ST<br>DUNMORE, PA 18512 |
| ENVIRONMENTAL PROTECTION AGENCY<br>ATTN SCOTT FULTON<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20460 | ENVIRONMENTAL PROTECTION AGENCY<br>REGION III (3HS62)<br>ATTN CARLYN WINTER PRISK<br>1650 ARCH STREET<br>PHILADELPHIA, PA 19103-2029 |
| ESTATE OF GRADY PEELER<br>C/O THE RUCKDESCHEL LAW FIRM, LLC<br>ATTN: JONATHAN RUCKDESCHEL, ESQ.<br>8357 MAIN ST<br>ELLICOTT CITY, MD 21043-4603 | GOLDBERG, PERSKY & WHITE, P.C.<br>ATTN B. MATTOCK, ESQ., D. CHERVENICK ESQ<br>1030 FIFTH AVENUE<br>PITTSBURGH, PA 15219 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JULIANO, JOHN J.<br>C/O BELLUCK & FOX<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK, NY 10036 |

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E. PACITTI ON BEHALF OF STOCKHOLDERS SHARH<br>919 MARKET ST. STE. 1000<br>WILMINGTON, DE 19801-3062 | KLEHR HARRISON HARVEY BRANZBURG LLP<br>KATHRYN E. PERKINS ON BEHALF OF STOCKHOLDER SHARE<br>1835 MARKET ST. STE. 1400<br>PHILADELPHIA, PA 19103 |
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>MARGARET M MANNING ON BEHALF OF STOCKHOLDER SHARE<br>919 MARKET ST., STE 1000<br>WILLMINGTON, DE 19801-3062 | MARIE DONA PEELER AS PERSONAL REP OF THE<br>C/O THE RUCKDESCHEL LAW FIRM, LLC<br>ATTN JONATHAN RUCKDESCHEL, ESQ.<br>8357 MAIN STREET<br>ELLICOTT CITY, MD 21043-4603 |
| MARIE DONA PEELER AS PERSONAL REP OF THE<br>ESTATE OF GRADY L PEELER<br>C/O SIMMONS BROWDER GIANARIS ET AL<br>ATTN ROBERT W PHILLIPS<br>ONE COURT ST<br>ALTON, IL 62002 | MONTGOMERY, MCCRACKEN, WALKER<br>& RHOADS, LLP<br>ATTN LAURIE A KREPTO<br>123 SOUTH BROAD ST., 24TH FL<br>PHILADELPHIA, PA 19109 |
| MONTGOMERY, MCCRACKEN, WALKER<br>& RHOADS, LLP<br>ATTN NATALIE D. RAMSEY, ESQ.<br>123 SOUTH BROAD ST., 24TH FL.<br>PHILADELPHIA, PA 19109 | NOGI, APPLETON, WEINBERGER & WREN, P.C.<br>ATTN BRICE C. PAUL, ESQUIRE<br>415 WYOMING AVENUE<br>SCRANTON, PA 18503 |
| NOGI, APPLETON, WEINBERGER & WREN, P.C.<br>ATTN M. WREN, ESQ., B. PAUL, ESQ.<br>415 WYOMING AVENUE<br>SCRANTON, PA 18503 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: GREGORY B SCHILLER ESQ<br>228 WALNUT ST SUITE 1190<br>HARRISBURG, PA 17101 |
| OFFICE OF THE US ATTORNEY<br>ATTN PETER J. SMITH, US ATTORNEY MDPA<br>228 WALNUT ST STE 220<br>PO BOX 11754<br>HARRISBURG, PA 17108-1754 | OFFICE OF THE US ATTORNEY<br>ATTN PETER J. SMITH, US ATTORNEY MDPA<br>P.O. BOX 309<br>SCRANTON, PA 18501-0309 |
| PA DEPARTMENT OF LABOR & INDUSTRY<br>RM 1700<br>651 BOAS ST<br>HARRISBURG, PA 17121 | PENNSYLVANIA SECRETARY OF STATE<br>206 NORTH OFFICE BUILDING<br>P.O. BOX 8722<br>HARRISBURG, PA 17105 |
| SCRANTON TREASURY DEPARTMENT<br>340 N WASHINGTON AVE<br>SCRANTON, PA 18503 | SECURITIES EXCHANGE COMMISSION<br>3 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-1013 |
| SECURITIES EXCHANGE COMMISSION<br>ATTN DANIEL M. HAWKE, REGIONAL DIRECTOR<br>THE MELLON INDEPENDENCE CENTER<br>1617 JOHN F KENNEDY BLVD STE 520<br>PHILADELPHIA, PA 19103-1805 | SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL, SEC HEADQUARTERS<br>100 F STREET N.E., MAIL STOP #9010<br>WASHINGTON, DC 20549 |
| SINGLE TAX OFFICE<br>100 THE MALL AT STEAMTOWN, UNIT 216<br>SCRANTON, PA 18503 | STEVEN E. OSTROW<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PLACE<br>PHILADELPHIA, PA 19103-7395 |

| | |
|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BNK DIV<br>ATTN ROBERT E. COOPER, JR.<br>PO BOX 20207<br>NASHVILLE, TN 37202 | THE GARDEN CITY GROUP, INC.<br>ATTN EAMON MASON<br>1531 UTAH AVE S, STE 600<br>SEATTLE, WA 98134 |
| UNITED GILSONITE LABORATORIES<br>ATTN TOM WHITE, DON MANCUSO<br>P.O. BOX 70<br>SCRANTON, PA 18501-0070 | US DEPARTMENT OF JUSTICE<br>ATTN DON FRANKEL, ENVIRON. RESOURCE DIV.<br>ATTY FOR US EPA<br>ONE GATEWAY CTR, STE 616<br>NEWTON, MA 02458 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN EDWIN J. HARRON<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN MICHAEL S. NEIBURG<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN SARA BETH A. R. KOHUT<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN SHARON M. ZIEG<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |